422 A.2d 683

Kester, Appellant, v. Nutche, t/d/b/a Nutche's Garage, and Wassil.

Argued March 20, 1979. Anthony B. Panaway, for appellant; Joseph L. Musto, for appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment affirmed.